UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                *
                                      *          Case No.  11-32768
**LAVINA L. HARROD**                  *
                                      *
                                      *          Chapter 13
      Debtor(s),                      *
*    *    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF DEBTORS' MOTION
## TO FILE MODIFIED CHAPTER 13 PLAN POST CONFIRMATION

     A Motion was filed on behalf of the debtor to modify her Chapter 13 Plan post-confirmation.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  (If you do not have a lawyer, you may wish to consult one.)  A copy of the motion is attached.

     If you do not want to grant the motion or if you want the court to consider your views on the motion, then by April 28, 2013 you or your lawyer must filed with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

         Morgan W. Fisher
         155 Duke of Gloucester Street
         Annapolis, Maryland 21401

     If you mail rather than deliver your response to the Clerk of the Court for filing, you must mail it early so that the court will receive it by the date stated above.

     If you file a timely response to the motion, the hearing on the motion will take place on May 7, 2013, at 2:00 p.m., in Courtroom 3-E at the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD  20770.

     If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

         Respectfully submitted,


          /s/ Morgan W. Fisher
         Morgan W. Fisher, #28711
         155 Duke of Gloucester
         Annapolis, Maryland  21401

>(410) 626-6111
>mwf@lawrence-fisher.com
>Attorney for Debtor

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date, by first class U.S. mail, postage prepaid to Timothy Branigan, Chapter 13 Trustee, and all creditors on the matrix.

Dated: March 29, 2013             /s/ Morgan W. Fisher    
                     Morgan W. Fisher

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 11-32768<br>District of Maryland<br>Greenbelt<br>Wed Mar 27 10:01:14 EDT 2013 | Kings Square Apartments<br>c/o Richard Basile<br>6305 Ivy Lane, Suite 416<br>Greenbelt, MD 20770-6309 | 247 Green Street<br>C/O Equifax<br>PO Box 105314<br>Atlanta, GA 30348-5314 |
| Afni, Inc<br>P.O. Box 3667<br>Bloomington, IL 61702-3667 | American Payday Loan<br>200 West Jackson, Suite 1400<br>Chicago, IL 60606-6929 | Anderson Financial Network<br>404 Brock Drive<br>PO Box 3097<br>Bloomington, IL 61702-3097 |
| Bottom Dollar Payday<br>C/O Online Lenders Alliance<br>PO Box 15480 SE Station<br>Washington, DC 20003-0480 | Bradley Hills LLC (Kings Square)<br>2252 Brightseat Road<br>Landover, MD 20785-3505 | Chesapeake Receivables Management, Inc.<br>10 St. Patrick's Drive., Ste. 504<br>Waldof, MD 20603-5506 |
| Comptroller Of Maryland<br>PO Box 17405<br>Baltimore, MD 21297-1405 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Credit Protection Association<br>PO Box 802068<br>Dallas, TX  75380-2068 |
| Delmarva Collections, Inc.<br>820 E Main Street<br>Salisbury, MD 21804-5025 | Dept Of Education<br>11100 USA Pkwy<br>Fishers, IN 46037-9203 | Equifax<br>PO Box 105314<br>Atlanta, GA 30348-5314 |
| Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | First Premier<br>3820 N. Louise Avenue<br>Sioux Falls, SD 57107-0145 | Four Seasons<br>PO Box 320<br>Timber Lake, SD 57656-0320 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Midland Credit Management<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 | Premier Bankcard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696-8208 |
| Prestige Financial Services<br>PO Box 26707<br>Salt Lake City, UT 84126-0707 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 | R&R Professional Recovery<br>PO Box 21575<br>Pikesville, MD  21282 |
| S&G Funding, LLC<br>C/O Fradkin & Weber, P.A.<br>200 East Joppa Road, Suite 301<br>Towson, MD 21286-3108 | Sallie Mae Inc, On Behalf of The<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Sallie Mae Servicing<br>1002 Arthur Drive<br>Lynn Haven, FL 32444-1683 |
| Sallie Mae, Inc. on behalf of ECMC<br>Lockbox 8682<br>P.O. Box 75848<br>St. Paul, MN 55175-0848 | State Farm Mutual Auto Insurance<br>C/O Isaac S. Waracnch, Esq.<br>102 W Pennsylvania Ave., Ste 202<br>Towson, MD 21204-4544 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 |

```
Steven C. Lovett Sr.              Steven Lovett Sr.                 Suburban Credit Corporation
370 Red Cloud Road                370 Red Cloud Road                6412 Franconia Road
Lusby, MD 20657-2502              Lusby, MD 20657-2502              PO Box 30640
                                                                    Alexandria, VA 22310-8640


Trans Union                       Tri County Service Bureau, Inc.   UCB Collections
PO Box 6790                       PO Box 639                        5620 Southwyck Blvd.
Fullerton, CA 92834-9416          Hollywood, MD 20636-0639          Toledo, OH 43614-1501


Westlake Financial Services       Lavina L. Harrod                  Morgan William Fisher
4751 Wilshire Blvd., Ste. 100     3418 Dodge Park Road              Lawrence & Fisher PLLC
Los Angeles, CA 90010-3847        Apt. 304                          155 Duke of Gloucester Street
                                  Landover, MD 20785-2039           Annapolis, MD 21401-2504


Timothy P. Branigan
P.O. Box 1902
Laurel, MD 20725-1902
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Kellem Marina                  (u)My Next Pay Day                (u)West Lake Financial
Courtyards At Fishing Creek       INVALID ADDRESS PROVIDED          INVALID ADDRESS PROVIDED
INVALID ADDRESS PROVIDED
```

```
End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42
```